| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>BENNETT, MARK W | 2. Court or Organization<br><br>USDC/Northern District of Iowa | 3. Date of Report<br><br>7/27/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>313 United States Courthouse<br>320 Sixth Street<br>Sioux City, IA 51101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED Jul 28 11 46 AM '04 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 6. | Employment Discrimination Course, Drake University School of Law, Des Moines, IA | 4/13-4/14 mileage, lodging & meals |
| 7. | Courthouse Design Meeting, Cedar Rapids, IA | 5/19-5/22 airfare, lodging, meals |
| 8. | 20th Annual Upper Midwest Employment Law Institute, Minnesota CLE, St. Paul, MN | 5/27-5/29 airfare, lodging, meals |
| 9. | Courthouse Design Meeting, Cedar Rapids, IA | 6/18 airfare, meal |
| 10. | 8th Circuit Judicial Conference, Minneapolis, MN | 7/13-y/16 airfare, lodging, meals |
| 11. | 2003 ATLA Convention, American Trial Lawyer's Association, San Francisco, CA | 7/18-7/22 airfare, lodging, meals |
| 12. | Law Seminar, Colorado Defense Lawyer's Association, Breckenridge, Co | 8/14- 8/17 airfare, lodging, meals |
| 13. | Courthouse Scrub Sessions, Cedar Rapids, IA | 8/18-8/19 airfare, lodging, meals |
| 14. | NELA Conference, National Employment Lawyer's Association, St. Peterburg, FL | 8/29-8/31 airfare, lodging, meals |
| 15. | Courthouse Design Meeting, St. Louis, MO | 9/8 -9/9 airfare, lodging, meals |
| 16. | Iowa Defense CounselAssociation Annual Meeting, IA Defense Counsel Assoc., Des Moines | 9/25-9/16 mileage lodging, meals |
| 17. | 50th Annual Labor and Employ. Law Inst., Center for American & Int. Law, Dallas, TX | 10/2-10/3 airfare, lodging, meals |
| 18. | Courthouse Design Meeting, Boston, MA | 10/7-10/10 airfare, lodging, meals |
| 19. | Judicial Council Meeting, Mineapolis/St. Paul, MN | 10/23 airfare, meals |
| 20. | Seminar on Law and Science, Brooklyn, MA | 11/6-11/8 airfare, lodging, meals |
| 21. | Courthouse Design Meeting, Cedar Rapids, IA | 11/11-11/13 airfare, lodging, meals |
| 22. | Defender Services Comm. Meeting, West Palm Beach, FL | 12/2-12/6 airfare, lodging, meals |
| 23. | Federal Practice Seminar, Iowa State Bar Association, Des Moines, IA | 12/11-12/12 mileage, lodging |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 24. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Aspen Publishing | 2003.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 1. | Employment Discrimination Course, Drake University School of Law, Des Moines, IA | 2/2-2/3 | mileage, lodging, meals |
| 2. | 8th Annual Employment Practices Liability Insurance, American Conf. Inst., New York | 2/6-2/7 | airfare, lodging, meals |
| 3. | Employment Discrimination Course, Drake University School of Law, Des Moines, IA | 3/9-3/11 | mileage, lodging, meals |
| 4. | 2003 Midwinter Meeting, American Bar Association, Puerto Rico | 3/18-3/22 | airfare, lodging, meals |
| 5. | 21st Annual Employment Law and Litigation Institute, Georgetown University CLE, D.C. | 4/10-4/11 | airfare, lodging, meals |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.     Mutual Funds (IRA) | | | | | | | | | |
| 2.     American Century Small Cap Value fund Inv Class | A | Dividend | J | T | Reinvest | 3/18 | J | | |
| 3. | | | | | Reinvest | 6/17 | J | | |
| 4. | | | | | Reinvest | 12/31 | J | | |
| 5.     Bjurman Micro Cap Growth | | None | J | T | | | | | |
| 6.     Buffalo Small Cap Fund | | None | J | T | Reinvest | 12/18 | J | | |
| 7.     Invesco Health Sciences Fund Investor Class (see comments) | | None | J | T | | | | | |
| 8.     Janus Global Technology | | None | J | T | | | | | |
| 9.     Janus Twenty Fund | A | Dividend | J | T | | | | | |
| 10.     Pimco RCM Biotechnology Class D | | None | K | T | | | | | |
| 11.     TCW Galileo Value Oppty | | None | J | T | | | | | |
| 12.     Van Wagoner Emerging Growth | | None | | | Sell | 2/25 | J | B | |
| 13.     Wasatch Core Growth Fund | A | Dividend | K | T | Reinvest | 12/19 | J | | |
| 14.     Stocks (IRA) | | | | | | | | | |
| 15.     Antex Biologics New (formerly Antex Biologics, Inc) | | None | J | T | | | | | |
| 16.     Corning, Inc. | | None | | | Sell | 5/23 | J | A | |
| 17.     Costco Whsl Corp. New | | None | | | Part Sale | 3/28 | J | | |
| 18. | | | | | Sell | 6/26 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Cryotech Indus. CL A | | None | J | T | | | | | |
| 20. Gateway, Inc. | | None | | | Sell | 9/3 | J | | |
| 21. General Electric Company | | None | J | T | Reinvest | 1/28 | J | | |
| 22. | | | | | Reinvest | 4/28 | J | | |
| 23. | | | | | Reinvest | 7/28 | J | | |
| 24. | | | | | Part Sale | 9/24 | J | B | |
| 25. | | | | | Reinvest | 10/27 | J | | |
| 26. | | | | | Part Sale | 10/28 | J | B | |
| 27. | | | | | Reinvest | 10/28 | J | | |
| 28. Hilton Petroleum Ltd. | | None | J- | T | | | | | |
| 29. JDS Uniphase Corporation | | None | J | T | | | | | |
| 30. Michael's Stores | A | Dividend | J | T | Reinvest | 7/30 | | | |
| 31. | | | | | Reinvest | 7/31 | J | | |
| 32. | | | | | Reinvest | 11/3 | | | |
| 33. Microsoft Corp. | A | Dividend | J | T | Reinvest | 3/10 | | | |
| 34. | | | | | Reinvest | 11/10 | J | | |
| 35. Nautilus Group, Inc. | A | Dividend | J | T | Reinvest | 3/11 | J | | |
| 36. | | | | | Reinvest | 6/11 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | Reinvest | 9/11 | J | | |
| 38. | | | | | Reinvst | 12/11 | J | | |
| 39. | | | | | Part Sale | 12/19 | J | C | |
| 40. Netratings Inc. | | None | J | T | | | | | |
| 41. Oracle Corporation | | None | J | T | Part Sale | 1/27 | J | A | |
| 42. Price Legacy Corp. | | None | J | T | | | | | |
| 43. RCN Corporation | | None | J | T | | | | | |
| 44. Southmark Corp. New | | None | J | T | | | | | |
| 45. Surebeam Corp. | | None | J | T | Buy | 9/3 | J | | |
| 46. Symons International Grp. | | None | J - | T | | | | | |
| 47. Titan Corp | | None | J | T | Part Sale | 8/27 | J | | |
| 48. Vertical Computer Sys. | | None | J | T | | | | | |
| 49. Williams Companies | A | Dividend | J | T | Reinvest | 4/1 | J | | |
| 50. | | | | | Reinvest | 7/1 | J | | |
| 51. | | | | | Reinvest | 9/9 | J | | |
| 52. | | | | | Reinvest | 12/30 | J | | |
| 53. Schwab Money Market Fund (IRA) | A | Dividend | J | T | Part Sale | 1/2 | J | | |
| 54. | | | | | Part Sale | 1/31 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | Buy | 2/27 | J | | |
| 56. | | | | | Part Sale | 2/28 | J | | |
| 57. | | | | | Buy | 4/3 | J | | |
| 58. | | | | | Part Sale | 4/17 | J | | |
| 59. | | | | | Part Sale | 4/30 | J | | |
| 60. | | | | | Buy | 5/30 | J | | |
| 61. | | | | | Buy | 7/2 | J | | |
| 62. | | | | | Part Sale | 7/7 | J | | |
| 63. | | | | | Part Sale | 7/31 | J | | |
| 64. | | | | | Part Sale | 8/1 | J | | |
| 65. | | | | | Buy | 9/3 | J | | |
| 66. | | | | | Part Sale | 9/8 | J | | |
| 67. | | | | | Buy | 9/30 | J | | |
| 68. | | | | | Buy | 11/3 | J | | |
| 69. | | | | | Part Sale | 11/7 | J | | |
| 70. | | | | | Part Sale | 11/28 | J | | |
| 71. | | | | | Buy | 12/26 | J | | |
| 72. | | | | | Part Sale | 12/31 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BENNETT, MARK W | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | Balcour Pension Invest VI | | None | J | T | | | | | |
| 74. | Non IRA Assets and Investment Activity | | | | | | | | | |
| 75. | ANTX | | None | J | T | | | | | |
| 76. | Cisco | | None | J | T | | | | | |
| 77. | Dresdner RCM Biotech | | None | J | T | | | | | |
| 78. | Janus Mercury | | None | J | T | | | | | |
| 79. | JDS Uniphase | | None | J | T | | | | | |
| 80. | Mi       Stores, Inc. | | None | J | T | | chael's | | | |
| 81. | Price Legacy Corp. | | None | J | T | | | | | |
| 82. | Strong Blue Chip | | None | J | T | | | | | |
| 83. | Surebeam Corp. | | None | J | T | | | | | |
| 84. | Wasatch Core Growth | | None | J | T | | | | | |
| 85. | Wasatch Ultra Growth | | None | J | T | | | | | |
| 86. | Williams Co's Inc. | | None | J | T | | | | | |
| 87. | Miscellaneous Holdings | | | | | | | | | |
| 88. | Iowa College Savings Account-█████████ custodian | | None | J | T | Contribute | 1/1 | J | | |
| 89. | Iowa College Savings Account . █████ custodian | | None | J | T | Contribute | 1/1 | J | | |
| 90. | CKG ACCT; Fidelity, Boston MA | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 7

Name of Person Reporting
BENNETT, MARK W

Date of Report
7/27/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Norwest Checking Account | A | Interest | J | T | | | | | |
| 92. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | M | W | | | | | |
| 93. Belcour Pension Invest VI | | None | J | T | | | | | |
| LMTD PTRSHIP; Riverfront Ass'n; Des Moines, | | None | J | W | | | | | |
| LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 96. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 98. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 99. IRA ▉▉ | | | | | | | | | |
| 100. Berkshire Hathaway Inc DEL CL B | | None | K- | T | | | | | |
| 101. Fidelity Cash Reserves | | None | J | T | | | | | |
| 102. Fidelity New Millenium | | None | L | T | | | | | |
| 103. Fidelity Select Biotechnology | | None | J | T | | | | | |
| 104. Fidelity Select NWK & Infrastructure | | None | J | T | | | | | |
| 105. Gradco Systems Inc. | | None | J | T | | | | | |
| 106. International Business Machine | | None | J | T | | | | | |
| 107. Oakmark Equity & Income FD | | None | J | T | | | | | |
| 108. The Olstein Financial Alert Fund (see comments) | | | L | T | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000        G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less          K = $15,001-$50,000        L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000        O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                            P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal                R = Cost (Real Estate Only)  S = Assessment              T = Cash/Market
   (See Column C2)             U = Book Value               V = Other                   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/27/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. PBHG MID CAP Value | | None | J | T | | | | | |
| 110. Surebeam Corp. | | None | J | T | | | | | |
| 111. Wasatch Core Growth | | None | J | T | | | | | |
| 112. Wasatch Small Cap Value | | None | J | T | | | | | |
| 113. Weitz Value | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

entry #108, The Olstein Financial Alert Fund, was inadvertantly not included in my ▆▆▆▆ IRA over the past few years. It is, in fact, in her IRA.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date 7/27/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544